Case 7:24-cv-00220   Document 13   Filed on 06/04/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 04, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| CRISTOBAL BAZAN | ) | CIVIL ACTION NUMBER |
| | ) | M-24-220 |
| VS. | ) | |
| | ) | CRIMINAL ACTION NUMBER |
| UNITED STATES OF AMERICA | ) | M-21-0167-1 |

<u>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION</u>

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Movant's 28 U.S.C. § 2255 motion to vacate, set aside, or correct sentence. After having reviewed the said Report and Recommendation, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, ORDERED, ADJUDGED, and DECREED that the conclusions in United States Magistrate Judge J. Scott Hacker's Report and Recommendation entered as Docket Entry Number 5 are hereby adopted by this Court.

The Clerk shall send a copy of this Order to the parties.

DONE on this 4th day of June, 2025, at McAllen, Texas.

_____
Ricardo H. Hinojosa
U.S. DISTRICT JUDGE